# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 7, 2018

157799

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
*Justices*

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CHRISTOPHER DURAN HEAD,
      Defendant-Appellant.

SC: 157799
COA: 334255
Wayne CC: 15-010037-FC

_____/

      On order of the Court, the application for leave to appeal the March 27, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The denial is without prejudice to the defendant's right to file a motion for relief from judgment pursuant to MCR Subchapter 6.500 that may include his claim that the prosecution failed to give timely notice that the defendant would be subject to a 25-year mandatory minimum under MCL 769.12(1)(a). See MCL 769.13(1); *People v Hornsby*, 251 Mich App 462, 472 (2002); *People v Ellis*, 224 Mich App 752, 755 (1997).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 7, 2018



Clerk

t1204